1 | ROBIE & MATTHAI
A Professional Corporation          **FILED**
2 | Edith R. Matthai, 66730
500 S. Grand Avenue, Suite 1500
3 | Los Angeles, CA 90071-2609       2005 MAY 26  A II: 18
(213) 624-3062
4 | (213) 624-2563 Fax              CLERK, US DIST COURT
                                    EASTERN DIST OF CALIF
5 | Attorneys for Defendant              AT FRESNO
MITCHELL A. ROBINSON              BY_____
6 |                                       DEPUTY
7 |
8 |              **UNITED STATES DISTRICT COURT**
9 |             **EASTERN DISTRICT OF CALIFORNIA**
10 |
11 | MARIA HERNANDEZ and ROTELIO    ) **CASE NO. 1:05-CV-0115-REC-LJO**
HERNANDEZ,                      ) **[Lawrence J. O'Neill**
12 |                                ) **U.S. Magistrate Judge]**
          Plaintiffs,           )
13 |                                )
    vs.                         )                **ORDER RE**
14 |                                ) **STIPULATION TO STAY THE**
                                ) **MATTER RE POST CONVICTION**
15 | MITCHELL A. ROBINSON,          ) **REMEDIES**
                                )
16 |          Defendant.           )
                                ) COURTROOM:   6 (1st Floor)
17 |
18 |     This action is hereby stayed until such time as
19 | plaintiffs, Maria Hernandez and Rotelio Hernandez, have either
20 | exhausted their post conviction remedies or have failed to
21 | continue their timely and diligent pursuit of said remedies.
22 |     All defenses and all issues with regard to the
23 | appropriate venue of this action are preserved to defendant,
24 | Mitchell A. Robinson, to be determined when the stay is lifted
25 | in this action.
26 |     The plaintiffs, Maria Hernandez and Rotelio Hernandez,
27 | shall provide this Court and counsel for Mitchell A. Robinson
28 | reports, every 120 days which set forth the status of the

1

1  proceedings of the post conviction relief sought by
2  plaintiffs.
3
4  DATED: _May 26 05_          —  _____
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2