# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERNANDEZ, et al., | CASE NO. CV-F-05-00115 LJO GSA |
| Plaintiffs, | **ORDER TO FILE STATUS REPORT** |
| vs. | |
| MITCHELL ROBINSON, | |
| Defendant. | |

This Court ORDERS plaintiffs, no later than December 22, 2008, to file a status report to address the status of the underlying habeas corpus petition, whether plaintiffs intend to prosecute this action and, if so, how best to manage this action. **This Court ADMONISHES plaintiffs that failure to comply with this order will result in sanctions, including dismissal of this action.**

IT IS SO ORDERED.

**Dated:    December 12, 2008**            /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1