IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERNANDEZ, et al., | CASE NO. CV-F-05-00115 LJO GSA |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| vs. | |
| MITCHELL ROBINSON, | |
| Defendant. / | |

This Court's May 26, 2005 order stayed this action and required the parties's status reports every 120 days. Plaintiffs last filed a status report on June 30, 2008. This Court's December 12, 2008 required plaintiffs, no later than December 22, 2008, to file a status report to address the underlying habeas corpus petition, whether plaintiffs intend to prosecute this action and, if so, how best to manage this action. Plaintiffs failed to comply with the December 12, 2008 order and to file a timely status report.

This Court ORDERS plaintiffs, no later than January 5, 2009, to show cause in writing why this Court should not impose sanctions, including dismissal of this action, for failure to comply with the December 12, 2008 order and to file timely status reports. This order to show cause will be discharged if, no later than January 5, 2009, plaintiffs file a status report to address the underlying habeas corpus petition, whether plaintiffs intend to prosecute this action and, if so, how best to manage this action. **This Court ADMONISHES plaintiffs that failure to comply with this order will result in sanctions, including dismissal of this action.**

IT IS SO ORDERED.

**Dated:   December 23, 2008**           /s/ Lawrence J. O'Neill

1

UNITED STATES DISTRICT JUDGE